JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

ELVIN G. AMADOR ARAUZ,

          Petitioner,

     v.

ACTING WARDEN FACILITY
ADMINISTRATOR OF THE
ADELANTO DETENTION FACILITY,
et al.,

          Respondents.

Case No. 5:26-cv-02080-ACCV

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

    IT IS SO ORDERED.

DATED: May 13, 2026

                                                           
HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge